UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

VICTOR TAGLE, SR.,
        Plaintiff

v.

CORRECTIONS CORPORATION AMERICA, *et al.,*
        Defendants

Case No. 2:18-cv-00813-JAD-VCF

**TRANSFER ORDER**

Plaintiff Victor Tagle, Sr., is a *pro se* prisoner who is a frequent filer in this district. Tagle is a Nevada Department of Corrections inmate, and until recently, he was serving his time in Nevada state prisons. But he was transferred to a facility in Eloy, Arizona, where he is currently incarcerated. He brings this civil-rights lawsuit for "attempt of murder x 3, in a 2 hr. period, battery, stolen legal documents, illegal detention, mail tampering, discrimination, harassment, torture, et al," which he claims was "perpetrated by 'Saguaro Correct. Ctr.'s personnel'" at the Eloy, Arizona, facility.[1]

Under 28 U.S.C. § 1391(b), a plaintiff may bring an action in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3). When a case has been filed in the wrong district or division, 28 U.S.C. § 1406(a) allows the district court in which the case has been incorrectly filed to "transfer such case to any district or division in which it could have been brought."

---

[1] ECF No. 1-1 at 1.

I find that the District of Nevada is not the appropriate venue for this lawsuit because the alleged events that are the basis for Mr. Tagle's claims occurred in Eloy, Arizona, and most of the defendants appear to reside in Eloy, Arizona. So, I direct the Clerk of the Court to transfer this action to the United States District Court for the District of Arizona under 28 U.S.C. § 1406(a). In doing so, I offer no opinion on the merits of this action or on Mr. Tagle's application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court will TRANSFER THIS CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA and CLOSE THIS CASE.

Dated: March 17, 2019

_____
U.S. District Judge Jennifer A. Dorsey